# Court of Appeals of the State of Georgia

ATLANTA, March 21, 2023

*The Court of Appeals hereby passes the following order:*

## A23A1075. MATTHEW CHARLES CARDINALE v. CITY OF ATLANTA.

Matthew Charles Cardinale filed a complaint for declaratory judgment against the City of Atlanta. After the City failed to answer, Cardinale moved for default judgment. After a hearing, the trial court entered a default judgment against the City. The City filed a motion to set aside the default judgment, which the trial court granted. Cardinale then filed this direct appeal. We, however, lack jurisdiction

"The *grant* of a motion to set aside a default judgment . . . leaves the case pending in the trial court below and is not a final judgment." *Laff Lines, Ltd. v. Dimauro*, 186 Ga. App. 24, 25 (366 SE2d 375) (1988) (emphasis in original). Because the order that Cardinale wishes to appeal is not a final judgment, he was required to comply with the interlocutory appeal procedure set forth in OCGA § 5-6-34 (b). See id. Cardinale's failure to comply with the interlocutory appeal procedure deprives us of jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 03/21/2023

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Stephen E. Castlen* , Clerk.